Núm. 7710.—Collazo, apldo. *v.* Sancho Bonet, Tes., aplte.— C. D. San Juan. ▉▉▉▉▉▉▉▉▉▉▉ Julio 28, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. Del. Toro.)

Por cuanto, Jesús Collazo interpuso demanda en la Corte de Distrito de San Juan contra el Tesorero de Puerto Rico reclamando la devolución de $432.63 pagados por contribuciones bajo protesta; y

Por cuanto, la parte demandada alegó que la Corte de Distrito no tenía jurisdicción para conocer originalmente del litigio por ser la suma reclamada menor de quinientos dólares; y

Por cuanto, solicitada sentencia sobre las alegaciones, la Corte. de Distrito la dictó desestimando la demanda con costas, sin incluir honorarios de abogado; y

Por cuanto, solicitada reconsideración de la sentencia, la Corte de Distrito accedió declarando entonces la demanda con lugar; y

Por cuanto, apelada por el demandado dicha última sentencia se celebró la vista del recurso el 16 de junio último quedando el caso sometido finalmente a la decisión del tribunal; y

Por cuanto, esta Corte en el día de hoy (ante, pág. 650), en los casos Núms. 7764 y 7765, *Serrallés* v. *Tesorero,* acaba de decidir la misma cuestión de jurisdicción aquí envuelta en sentido favorable al apelante;

. Por tanto, y por la autoridad además de nuestra decisión en el caso de *The Shell Co. (P. R.) Ltd.* v. *Pagán, Tesorero,* 51 D.P.R.

208, se declara con lugar el recurso y se revoca la sentencia apelada dictándose en su lugar otra desestimando como se desestima la demanda con costas, sin comprender honorarios de abogado.

Los Jueces Asociados Sres. Travieso y De Jesús no intervinieron.